## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: ETHYLENE PROPYLENE DIENE MONOMER (EPDM) ANTITRUST LITIGATION | : : : | NO. 3:03MD1542 (PCD) |
| IN RE: POLYCHLOROPRENE RUBBER (CR) ANTITRUST LITIGATION | : : : : | NO. 3:05MD1642 (PCD) 3:05CV604 (PCD) |

### ORDER RE: RECUSAL

On the basis of 28 U.S.C. § 455 and the recent discovery of the financial disqualification of the undersigned, recusal as the assigned judge is mandated. The cases on the attached list, assigned as MDL ##03-1542 and 05-1642, are hereby reassigned to the Hon. Stefan R. Underhill, U.S. District Judge. All future non-electronic filings in these cases shall be filed in the Bridgeport Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut  06604.

SO ORDERED this 7th day of February, 2007.

/s/
Peter C. Dorsey, U.S. District Judge

**3:03md1542**

Reeves Brothers Inc. v. Crompton Corp., 3:03cv550
Diamond Holding Corp. v. Crompton Corp., et al., 3:03cv1445
Immerman v. Crompton Corp., et al., 3:03cv1536
Rubber Eng & Dev Co., et al. v. Crompton Corp., et al., 3:03cv1744
Robbins LLC, et al. v. Crompton Corp., 3:03cv1748
Polymerics Inc., et al. v. Crompton Corp., et al., 3:03cv1749
Duraplas Corp., et al. v. Crompton Corp., et al., 3:03cv1752
Alco Industries Inc. v. Crompton Corp., et al., 3:03cv1753
Freudenberg-Nok, et al. v. Crompton Corp., et al., 3:03cv1754
Synaflex Rubber Products v. Crompton Corp., 3:03cv2076
Precision Assoc Inc. v. Crompton Corp., et al., 3:04cv396
RBX Industries Inc. v. Crompton Corp., et al., 3:05cv528
Carlisle Co., Inc., et al. v. Crompton Corp., et al., 3:05cv1278

**3:05md1642**

<u>RBX Industries, Inc. v. Bayer Corp., et al.</u>, 3:05cv346
<u>ALFA Adhesives Inc. v. Bayer AG, et al.</u>, 3:05cv367
<u>Crossfield Prod Corp. v. Bayer AG, et al.</u>, 3:05cv368
<u>Standard Rubber Products Inc. v. Bayer AG, et al.</u>, 3:05cv369
<u>Rubber Millers Inc. v. Bayer AG, et al.</u>, 3:05cv370
<u>Industrial Rubber Products LLC v. Dupont Dow Elastomers LLC, et al.</u>, 3:05cv394
<u>Goodyear Tire & Rubber Co. v. Bayer AG, et al.</u>, 3:05cv461
<u>Parker Hannifin Corp., et al. v. Bayer AG, et al.</u>, 3:05cv604
<u>Chemionics Corp. v. Bayer AG, et al.</u>, 3:05cv605